## ODOM V. A. C. L. RAILWAY.

(Decided Dec. 16, 1909.)

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.

W. R. BRASSEL, and W. E. ANDREWS, for appellant. A. H. ARRINGTON, and JOHN R. TYSON, for appellee.

Per curiam. Affirmed for want of assignment of errors.

## RODGERS V. MOBILE AUTO CO.

(Decided Nov. 11, 1909.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

INGE & AMBRECHT, for appellant. ELLIOTT G. RICKARBY, for appellee.

Per curiam. Affirmed for want of assignment of errors.

## SMITH V. MOON.

(Decided Nov. 25, 1909.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. A. E. BARNETT.

No counsel marked for either party.

Per curiam. Affirmed on certificate.